IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RAMON MARTINEZ, | § § | |
| *Plaintiff*, | § § | |
| V. | § § | CIVIL ACTION NO. SA-23-CA-1000-FB |
| AUTO TRUCK TRANSPORT USA, LLC; and TIMOTHY LORADITCH, | § § § § | |
| *Defendants*. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

Before the Court is Plaintiff's Motion to Dismiss With Prejudice (docket no. 40), filed on August 1, 2024. Plaintiff informs the Court that Plaintiff Ramon Martinez and Defendants Auto Truck Transport USA, LLC and Timothy Loraditch have settled their differences and requests that this case be dismissed with prejudice. To date, no response in opposition to the motion has been filed. After careful consideration, the Court is of the opinion that the motion should be granted.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Dismiss With Prejudice (docket no. 40) is GRANTED such that Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE, with all taxable court costs associated with this case to be paid by the party incurring same.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 19th day of August, 2024.

FRED BIERY
UNITED STATES DISTRICT JUDGE